Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| FRANCISCO BECERRIL, | Case No. CV 08-7456 R (RCx) |
|---|---|
| Plaintiff, | **JUDGMENT AWARDING RECONTRUST COMPANY, N.A. ITS ATTORNEYS' FEES AND COSTS AGAINST M.W. ROTH PLC AND/OR MITCHELL W. ROTH, ESQ.** |
| vs. | |
| RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive, | |
| Defendants. | |

1   On March 31, 2009, this Court ordered M.W. Roth PLC and/or attorney
2   Mitchell Roth are to jointly and severally pay all attorneys' fees incurred by
3   Defendant in defending this action. (Document No. 21.)
4   After consideration of the declaration submitted by counsel regarding the
5   amount of attorneys' fees and costs incurred, judgment is hereby entered in favor of
6   ReconTrust Company, N.A. and against M.W. Roth, PLC and/or Mitchell W. Roth,
7   Esq., jointly and severally, in the amount of $7,339.68.
8   IT IS SO ORDERED.

Dated: April 6, 2009

Manuel L. Real, District Court Judge
United States District Court
Central District of California